UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NATALIE ANAYA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, an unknown entity; LIBERTY INSURANCE CORPORATION, an unknown entity; JEFFREY KAHRMANN, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-01825-PA-BFM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

On October 9, 2024, Plaintiff Natalie Anaya and Liberty Insurance Corporation (collectively, the "Parties") filed a Stipulation of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a).

The Court, having considered the Stipulation of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

///

///

///

[PROPOSED] ORDER
2:24-cv-01825-PA-BFM

1. This action is dismissed in its entirety with prejudice; and
2. All Parties shall bear their own attorneys' fees and costs.

Dated: October 15, 2024

_____
Percy Anderson
United States District Judge